THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. JOHN FIORENZA, Appellant.

(Argued October 14, 1936; decided December 1, 1936.)

*Henry Klauber* and *Louis Baron* for appellant.

*William Copeland Dodge, District Attorney (Felix C. Benvenga* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. CHESTER WHITE, Appellant.

(Argued October 14, 1936; decided December 1, 1936.)

*George H. Beaubian* and *Moxey A. Rigby* for appellant.

*Martin W. Littleton, District Attorney (Philip Huntington* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.